THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Aaron Maurice Booker, Appellant.
 
 
 
 
 

Appeal From Union County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2010-UP-052
 Submitted January 4, 2010  Filed January
27, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Aaron Maurice Booker appeals the
 revocation of his probation.  He contends the circuit court erred in revoking
 his probation without finding his failure to pay fines and fees was willful. 
 After a thorough review of the record and counsel's brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Booker's appeal and grant counsel's petition to be relieved. 
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.